Law Office of Michael R. Smith
621 SW Morrison Street, Suite 700
Portland, Oregon 97205
(503) 972-9403
MSmith@AlaskaOregonLawyer.com
OSB No. 915120
Attorney for Defendant Guerrero

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| United States of America, ) | |
| ) | Case No.: CR 11-80 JO |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Rico Fernando Guerrero, ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF COUNSEL

I, Michael R. Smith, declare:

1. I am CJA appointed counsel for Defendant Guerrero.

2. I was appointed to Mr. Guerrero's case on March 28, 2011.

3. I am asking for a 30 day continuance of the date of sentencing.

4. Counsel for the plaintiff, AUSA Greg Nyhus stated via email that he **does not oppose** continuing the date of sentencing.

5. This request for a continuance is made in the interests of justice in order to allow counsel to prepare for sentencing.

6. An expert retained in this case specifically for sentencing purposes has requested a continuance to complete her work.  Due to a family emergency and other factors the retained work cannot be completed by the current date of sentencing.

7. In addition, I am scheduled for an evidentiary hearing in Anchorage, Alaska on

November 7, 2011.  Witnesses are under subpoena for this hearing.  I anticipate that the hearing will be completed in a day, however there is a chance that the hearing would be continued to November 8, 2011.

      8. Regardless of the completion of the hearing, I would like to avoid taking the 1:00 a.m. flight from Anchorage to Portland just prior to Mr. Guerrero's sentencing.

      9. I declare under penalty of perjury under the laws of the United States of America and the State of Oregon that the foregoing is true and correct; that the statements heretofore set forth are based on my own knowledge, except where otherwise indicated, and as to those statements I believe them to be true.

Respectfully submitted by Counsel, October 14, 2011.


/s/ Michael R. Smith
Michael R. Smith
Attorney for Defendant Guerrero